IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **YVONNE BOWENS-THOMAS,**       )<br>                                )<br>    Plaintiff,               )<br>                                )<br>    v.                          )<br>                                )<br>**ALABAMA COOPERATIVE**          )<br>**EXTENSION SYSTEM, et al.,**    )<br>                                )<br>    Defendants.                 ) | CIVIL ACTION NO.<br>  2:16cv621-MHT<br>       (WO) |

OPINION

Plaintiff filed this lawsuit asserting claims of race-based discrimination and retaliation. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion to dismiss plaintiff's case be granted. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted. However, the case will remain open so that plaintiff may file a

formal motion for leave to amend the complaint.

An appropriate judgment will be entered.

DONE, this the 2nd day of February, 2017.

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**