IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |  |
|---|---|---|
| **YVONNE BOWENS-THOMAS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv621-MHT |
| | ) | (WO) |
| **ALABAMA COOPERATIVE** | ) | |
| **EXTENSION SYSTEM, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The plaintiff's objections (doc. no. 18) are overruled.

(2) The recommendation of the United States Magistrate Judge (doc. no. 17) is adopted.

(3) Defendants' motion to dismiss the complaint (doc. no. 8) is granted, and the complaint is dismissed without prejudice.

(4) Defendants' alternative motion for a more definite statement (doc. no. 8) is denied as moot.

(5) Plaintiff is granted until February 23, 2017, to file a formal motion for leave to amend the complaint.

This action is not closed at this time.  If a formal motion for leave to amend the complaint is timely filed, this case is referred back to the magistrate judge for further proceedings.  If a formal motion for leave to amend the complaint is not timely filed, this case will be closed.

DONE, this the 2nd day of February, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**